IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY ) <br> COMMISSION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SCHWAN'S HOME SERVICES, INC., ) <br> ) <br> Defendant. ) <br> ) | CIVIL ACTION NO. <br><br> COMPLAINT <br><br> JURY TRIAL DEMANDED |

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and under Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of race and to provide appropriate relief to Bernard Gowdy and Dean Chege, who were adversely affected by such practices. The Equal Employment Opportunity Commission ("the Commission") alleges that Defendant, Schwan's Home Service, Inc., has engaged in unlawful employment practices at its O'Fallon, Missouri facility in violation of Section 703 of Title VII, 42 U.S.C. § 2000e-2, by failing to hire Gowdy for the position of "Route Sales Manager" because of his race, Black, and by failing to hire Chege for the position of "Warehouseman" because of his race, Black, as alleged with greater particularity in paragraph 7 in the "Statement of Claims" below.

## JURISDICTION AND VENUE

1.  Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 706(f)(1) and (3) of

Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-5(f)(1) and (3) ("Title VII"), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2.  The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Eastern District of Missouri, Eastern Division.

## PARTIES

3.  Plaintiff is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3).

4.  At all relevant times, Defendant has continuously been a Minnesota corporation doing business in the State of Missouri and the City of O'Fallon, and has continuously had at least 15 employees.

5.  At all relevant times, Defendant has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g) and (h).

## STATEMENT OF CLAIMS

6.  More than thirty days prior to the institution of this lawsuit, Melvin Latimore filed charges with the Commission alleging that Defendant had violated Title VII by failing to hire him at its O'Fallon facility because of his race, Black. During the course of its investigation of this charge, the Commission uncovered evidence that Defendant failed to hire Bernard Gowdy and Dean Chege at its O'Fallon facility because of their race, Black, and determined that

Defendant's failure to hire Gowdy and Chege violated Title VII. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. Since February 2003, Defendant has engaged in unlawful employment practices at its O'Fallon, Missouri facility in violation of Section 703 of Title VII, 42 U.S.C. §2000e-2, as described below:

   a. By failing to hire Bernard Gowdy for the position of "Route Sales Manager" because of his race, Black;

   b. By failing to hire Dean Chege for the position of "Material Handler I" because of his race, Black.

8. The effect of the practices complained of in paragraph 7 above has been to deprive African-American applicants for employment at Defendant's O'Fallon facility of equal employment opportunities and otherwise adversely affected their status as applicants for employment because of their race.

9. The unlawful employment practices complained of in paragraph 7 above were and are intentional.

10. The unlawful employment practices complained of in paragraph 7 above were and are done with malice or with reckless indifference to the federally protected rights of African-American applicants for employment at Defendant's O'Fallon facility.

PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

   A. Grant a permanent injunction enjoining Defendant, its officers, successors, assigns, and all persons in active concert or participation with it, from refusing to hire African-

American applicants for employment at the O'Fallon facility because of their race, as alleged with greater particularity in paragraph 7 and any other employment practice that discriminates on the basis of their race.

B.  Order Defendant to institute and carry out policies, practices, and programs that provide equal employment opportunities for African-Americans and which eradicate the effects of its past and present unlawful employment practices.

C.  Order Defendant to make whole Bernard Gowdy and Dean Chege by providing appropriate back pay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices.

D.  Order Defendant to make whole Bernard Gowdy and Dean Chege by providing them compensation for past and future non-pecuniary losses resulting from the unlawful practices complained of in paragraph 7 above, including emotional distress, pain and suffering, inconvenience, loss of enjoyment of life, mental anguish and humiliation, in amounts to be determined at trial.

E.  Order Defendant to pay Bernard Gowdy and Dean Chege, punitive damages for its malicious and reckless conduct described in paragraph 7 above, in amounts to be determined at trial.

F.  Grant such further relief as the Court deems necessary and proper in the public interest.

G.  Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its Complaint.

Respectfully submitted,

RONALD COOPER
General Counsel

JAMES L. LEE
Deputy General Counsel

GWENDOLYN YOUNG REAMS
Associate General Counsel

ROBERT G. JOHNSON, No. 10511
Regional Attorney

C. FELIX MILLER, No. 10549
Senior Trial Attorney

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
St. Louis District Office
Robert A. Young Federal Bldg.
1222 Spruce, Room 8.100
St. Louis, MO 63103
314-539-7949
fax: 314-539-7895